**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

_____

**In re:**

    **CAROL PORTER,**                                      Chapter 13 Case
                         **Debtor.**                                     # 07-10370

_____

Filed & Entered
On Docket
February 08, 2008

**In re:**

    **JOSEPH HARBESON AND**                       Chapter 13 Case
    **AMANDA HARBESON,**                           # 07-10449
                         **Debtors.**

_____

| *Appearances:* | Michelle Kainen, Esq. | Jan Sensenich, Esq. | Tavian M. Mayer, Esq. |
|---|---|---|---|
| | Kainen Law Office | Chapter 13 Trustee | Mayer & Mayer |
| | White River Jct., VT | White River Jct., VT | South Royalton, VT |
| | For Debtor Carol Porter | Trustee Pro Se | For Creditor Bank of the West |
| | For Debtors Joseph | | |
| |   & Amanda Harbeson | | Martin A. Mooney, Esq. |
| | | | Deily, Mooney & Glastetter |
| | | | Albany, NY |
| | | | For Creditor DCFS Trust |

**ORDER**
**SUSTAINING CREDITORS' OBJECTIONS TO CONFIRMATION**
**AND STRIKING LANGUAGE FROM PLANS**

For the reasons set forth in the Memorandum of Decision of even date,[*]

IT IS HEREBY ORDERED that Creditor Bank of the West's objection to the Proposed Language in Carol Porter's Chapter 13 plan is sustained and the Proposed Language in the Porter Plan is stricken.

IT IS FURTHER ORDERED that Creditor DCFS Trust's objection to the Proposed Language in Joseph and Amanda Harbeson's Chapter 13 plan is sustained and the Proposed Language in the Harbeson Plan is stricken.

IT IS FURTHER ORDERED that the Porter Plan and Harbeson Plan are otherwise valid, final, and unaffected by the adjudication of these objections.

    **SO ORDERED.**

                                                                                              */s/ Colleen A. Brown*

February 8, 2008                                                       Colleen A. Brown
Rutland, Vermont                                                 United States Bankruptcy Judge

---

[*] Terms defined in the Memorandum of Decision are used herein; familiarity with such terms is assumed.